1 THOMAS EASTON CSB #109218
Law Office of Thomas Easton
2 967 Sunset Dr
Springfield OR 97477
3 Tel: 541-746-1335
easton3535@gmail.com
4
JONATHAN H. LEVY CSB #158032
5 37 Royale Pointe Dr
Hilton Head SC 29926
6 Tel: 202-318-2406
Fax: 202-318-2406
7 jonlevy@hargray.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL LOMBARD, JR., | NO. 2:10-VCV-1749-MCE-GGH |
| Plaintiff, | |
| v. | PLAINTIFF'S NON-OPPOSITION TO MOVING PARTIES' MOTION TO DISMISS |
| EMAAR USA, EMAAR PROPERTIES PJSC d.b.a. EMRILL SERVICES LLC, MOHAMMED ALI ALABBAR and DOES 1 to 100, | Date: December 2, 2010 Time: 2:00 p.m. Ctrm: 7 |
| Defendants. | Hon. Morrison C. England, Jr. |

COMES NOW PLAINTIFF and states his Non-Opposition to Moving Parties' Motion to Dismiss after consideration of the motion by Moving Parties Emaar America Corporation, EJL Homes LLC, and Emaar LA Properties LLC and Declaration of Robert Booth containing information not previously known to Plaintiff:

1. Plaintiff agrees that there has been defective service upon Defendants Emaar PJSC and Emaar USA in that service upon Moving Parties Emaar America Corp. and Emaar LA Properties is insufficient and the Moving Parties object; and therefore,

2. Plaintiff requests 90 days from the Court to complete and cure service of process upon all defendants in Dubai.

DATED: November 9, 2010. Respectfully submitted,

s/ Thomas Easton, Esq.
THOMAS EASTON

s/ Jonathan Levy, Esq.
JONATHAN LEVY
Of Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE (CM-ECF)**

I hereby certify that a true and correct copy of the forgoing document has been filed with the Courts' CM/ECF filing system on this 9th day of November, 2010, which will provide service on all counsel of record.

s/Thomas Easton, Esq;
Thomas Easton

**(Proposed) ORDER**

It appearing from Plaintiff's Non-Opposition that the Motion to Dismiss with respect to the Moving Parties should be granted as to Emaar America Corporation, EJL Homes LLC, and Emaar LA Properties LLC because they are not proper parties to receive service of process upon defendants and accordingly the Motion to Dismiss as to them is granted and the hearing date of December 2, 2010 is decalendared.

Plaintiff are granted 90 days from the date of this Order to cure any defects in service of process upon Defendants.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. MORRISON C. ENGLAND, JR.
United States District Judge