THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Dr
Springfield OR 97477
Tel: 541-746-1335
easton3535@gmail.com

JONATHAN H. LEVY CSB #158032
37 Royale Pointe Dr
Hilton Head SC 29926
Tel: 202-318-2406
Fax: 202-318-2406
jonlevy@hargray.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIONEL LOMBARD, JR.,** <br><br> Plaintiff, <br> v. <br><br> **EMAAR USA,** <br> **EMAAR PROPERTIES PJSC d.b.a.** <br> **EMRILL SERVICES LLC,** <br> **MOHAMMED ALI ALABBAR** <br> **and DOES 1 to 100,** <br><br> Defendants. | NO. 2:10-VCV-1749-MCE-GGH <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE and (PROPOSED) ORDER** <br><br> Fed.R.Civ.Proc.Rule 41(a)(1) <br><br> **Hon. Morrison C. England, Jr.** |

COMES NOW PLAINTIFF and voluntarily dismisses this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: November 24, 2010.            Respectfully submitted,

                                                                  s/ Thomas Easton, Esq.
                                                                   THOMAS EASTON

                                                                   s/ Jonathan Levy, Esq.
                                                                   JONATHAN LEVY
                                                                   Of Attorneys for Plaintiffs

## (Proposed) ORDER

**IT IS SO ORDERED.**

Dated: _____

                 _____
                 Hon. MORRISON C. ENGLAND, JR.
                 United States District Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE (CM-ECF)** |
| 2 | |
| 3 | I hereby certify that a true and correct copy of the forgoing document has been filed with the Courts' CM/ECF filing system on this 24th day of November, 2010, which will provide service on all counsel of record. |
| 4 | <div align="right">s/Thomas Easton, Esq;</div> |

PLAINTIFF'S VOLUNTARY DISMISSAL ~ Page 2 of 2