1  THOMAS EASTON CSB #109218
   LAW OFFICE OF THOMAS EASTON
2  967 Sunset Dr
   Springfield OR 97477
3  Tel: 541-746-1335
   easton3535@gmail.com
4
   JONATHAN H. LEVY CSB #158032
5  37 Royale Pointe Dr
   Hilton Head SC 29926
6  Tel: 202-318-2406
   Fax: 202-318-2406
7  jonlevy@hargray.com
   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIONEL LOMBARD, JR.,** | NO.  2:10-CV-1740-MCE-GGH |
| Plaintiff, | **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE and ORDER** |
| v. | |
| EMAAR USA, EMAAR PROPERTIES PJSC d.b.a. EMRILL SERVICES LLC, MOHAMMED ALI ALABBAR and DOES 1 to 100, | Fed.R.Civ.Proc.Rule 41(a)(1) |
| | Hon. Morrison C. England, Jr. |
| Defendants. | |

COMES NOW PLAINTIFF and voluntarily dismisses this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED:  November 24, 2010.                     Respectfully submitted,

                                               s/ Thomas Easton, Esq.
                                                  THOMAS EASTON

                                               s/ Jonathan Levy, Esq.
                                                  JONATHAN LEVY
                                               Of Attorneys for Plaintiffs

**ORDER**

The above captioned case being voluntarily dismissed, the pending Motions to Dismiss (ECF Nos. 9 and 14) are DENIED as Moot. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE